IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL THOMAS PRUDEN,<br><br>Defendant. | Case No. 1:21-MJ-161 |

## MOTION FOR TEMPORARY STAY

The United States of America, through its undersigned attorney, respectfully moves this Court to temporarily stay its Order Setting Conditions of Release as to Michael Thomas Pruden. ECF No. 14. In support, the United States sets forth the following:

1. On May 12, 2021, the Court conducted a detention hearing in this matter as to defendant Michael Thomas Pruden. ECF No. 13.

2. After due consideration of the evidence, argument of the parties, and the factors listed under 18 U.S.C. § 3142(g), the Court ordered the defendant released on conditions. *Id.*; ECF No. 14.

3. The United States is reviewing the evidence and preparing to appeal this Court's release order under 18 U.S.C. § 3145. The United States will immediately seek an expedited transcript of the proceedings and will imminently file an appellate brief seeking District Court review of the release order.

For the foregoing reasons, the United States respectfully requests that the Court temporarily stay its Order Setting Conditions of Release as to Michael Thomas Pruden, ECF No. 14, while the United States expeditiously prepares its appeal.

Respectfully submitted,

Raj Parekh
Acting United States Attorney


_____/s/_____

Christopher R. Cooke
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office:   (703) 299-3700
Fax:      (703) 299-3980
Email:    Christopher.Cooke@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 12, 2021, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

By:       /s/
Christopher R. Cooke
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3700
Fax: (703) 299-3980
Email: Christopher.Cooke@usdoj.gov