IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUN – 2 2021

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

MICHAEL THOMAS PRUDEN,

Defendant.

Case No. 1:21-CR-131

18 U.S.C. § 113(a)(3)
(Assault with a Dangerous Weapon)

**INDICTMENT**
June 2021 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about March 21, 2021, at Daingerfield Island, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, MICHAEL THOMAS PRUDEN, assaulted R.S. with a dangerous weapon, to wit: a chemical irritant and tree branch, with the intent to do bodily harm.

(In violation of Title 18, United States Code, Section 113(a)(3).)

A TRUE BILL

_____
FOREPERSON

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

Raj Parekh
Acting United States Attorney

By: _____
Christopher R. Cooke
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney