IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:21-CR-131 |
| MICHAEL THOMAS PRUDEN, | Hon. Claude M. Hilton |
| Defendant. | |

## WITNESSES FOR THE UNITED STATES

The United States of America, by and through its attorneys, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia, and Christopher R. Cooke and Jacob M. Green, Special Assistant United States Attorneys, hereby provides the following witness list.

| Witness Number | Witness Name |
|---|---|
| ① 1 | Roderick Smith – 8/11/2021 |
| ② 2 | Steven Milteer – 8/11/2021 |
| ③ 3 | Chris Tyner – 8/11/2021 |
| ④ 4 | David Wallingford 8/11/2021 |
| 5 | David Sheffield |

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____/s/_____
Jacob M. Green
Christopher R. Cooke
Attorneys for the United States of America