UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA, )
)
)
)
v. ) VERDICT
)
MICHAEL THOMAS PRUDEN ) CASE NO. 1:21CR00131-001
)
Defendant. )
)

FILED IN OPEN COURT
AUG 11 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

WE THE JURY, FIND THE DEFENDANT, MICHAEL THOMAS PRUDEN:
(Please write "not guilty" or "guilty" in the space provided)

__Not Guilty__ as to Count 1.

If the above verdict as to Count 1 is "not guilty":

__Not Guilty__ as to the lesser included offense.

REDACTED

August 11, 2021
Date